UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Our Children's Earth Foundation,<br><br>    Plaintiff,<br>  v.<br><br>Lee Zeldin, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>    Defendant. | Case No. 1:23-cv-2848 |

**NOTICE OF JOINT STIPULATION TO
EXTEND CONSENT DECREE DEADLINE**

Pursuant to Paragraph 6 of the Consent Decree entered in this case, ECF 14, the parties stipulate to extend the deadlines for EPA to sign a final action to approve, conditionally approve, or disapprove, in whole or in part, the state implementation plan ("SIP") submissions for South Carolina.  On May 1, 2025, the parties stipulated to extend the deadlines for EPA to take final action on South Carolina's SIP submissions from June 30, 2025, to October 31, 2025.  ECF 15.  In this joint stipulation, the parties stipulate to extend the deadline for EPA to take final action regarding the minor source permit program requirements of South Carolina's SIP submissions from October 31, 2025, to December 19, 2025, and to take final action regarding the source testing requirements and regulations prescribing control requirements for certain stationary sources of nitrogen oxides of South Carolina's SIP submissions from October 31, 2025, to March 19, 2026.  All other provisions of the Consent Decree remain unchanged.

Dated: October 20, 2025

ADAM R.F. GUSTAFSON<br>Acting Assistant Attorney General

/s/ Jin Hyung Lee
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-7264
jin.hyung.lee@usdoj.gov

*Counsel for Defendant*


/s/ Stuart Wilcox
Stuart Wilcox
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(720) 331-0385
wilcox@enviroadvocates.com

*Counsel for Plaintiff*