# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Our Children's Earth Foundation, | Case No. 1:23-cv-2848 |
| Plaintiff, | |
| v. | |
| Lee Zeldin, in his official capacity as Administrator, U.S. Environmental Protection Agency, | |
| Defendant. | |

## NOTICE OF JOINT STIPULATION TO
## EXTEND CONSENT DECREE DEADLINE

Pursuant to Paragraph 6 of the Consent Decree entered in this case, ECF No. 14, the parties stipulate to extend the deadlines for EPA to sign a final action to approve, conditionally approve, or disapprove, in whole or in part, the state implementation plan ("SIP") submissions for South Carolina.  Currently, the deadline for EPA to take final action regarding the minor source permit program requirements of South Carolina's SIP submissions is January 31, 2026, and the deadline for EPA to take final action regarding the source testing requirements and regulations prescribing control requirements for certain stationary sources of nitrogen oxides of South Carolina's SIP submissions is March 19, 2026.  *See* ECF Nos. 15, 17; Consent Decree ¶ 8. With this notice, the parties stipulate to extend the deadline for EPA to take final action on all South Carolina SIP submissions subject to this Consent Decree to September 30, 2026.  All other provisions of the Consent Decree remain unchanged.

Dated: January 22, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

1

*/s/ Jin Hyung Lee*
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-7264
jin.hyung.lee@usdoj.gov

*Counsel for Defendant*


*/s/ Stuart Wilcox*
Stuart Wilcox
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(720) 331-0385
wilcox@enviroadvocates.com

*Counsel for Plaintiff*