**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Our Children's Earth Foundation,<br><br>Plaintiff,<br>v.<br><br>Lee Zeldin, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Defendant. | Case No. 1:23-cv-2848 |

**NOTICE OF JOINT STIPULATION TO**
**EXTEND CONSENT DECREE DEADLINES**

Pursuant to Paragraph 6 of the Consent Decree entered in this case, ECF No. 14, the parties stipulate to extend the deadlines for EPA to sign a final action to approve, conditionally approve, or disapprove, in whole or in part, the state implementation plan ("SIP") submissions for South Carolina. Currently, the deadline for EPA to take final action on the South Carolina SIP submissions identified in Paragraph 2.a. of the Consent Decree is September 30, 2026. ECF No. 18.

With this notice, the parties stipulate to extend the deadline for EPA to take final action on the portions of South Carolina's SIP submissions regarding the State's minor source permit program regulations revising the State's federally approved minor source preconstruction and operating permit program and the State's source testing requirements and regulations prescribing control requirements for certain stationary sources of nitrogen oxides to November 13, 2026. And the parties stipulate to extend the deadline for EPA to take final action on the remaining portions of South Carolina SIP submissions identified in Paragraph 2.a. of the Consent Decree,

which pertain to South Carolina's public participation provisions of its minor source permitting program, to March 31, 2027.

All other provisions of the Consent Decree remain unchanged.

Dated: August 27, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Jin Hyung Lee*
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-7264
jin.hyung.lee@usdoj.gov

*Counsel for Defendant*

*/s/ Stuart Wilcox*
Stuart Wilcox
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(720) 331-0385
wilcox@enviroadvocates.com

*Counsel for Plaintiff*